```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION

EXOTIC LEASING, LLC,                    )
                                        )
     PLAINTIFF,                         ) CASE NO. 2:24-cv-3036
                                        )
          vs.                           )
                                        )
7TH GEAR EXOTICS LLC, TIFF A. COOK,)
   SAThTHIA LINGAN,                     )
                                        )
     DEFENDANTS.                        )
_____     )
```

     TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
            BEFORE THE HONORABLE JAMES L. GRAHAM
              FRIDAY, MAY 31, 2024; 1:30 P.M.
                       COLUMBUS, OHIO

FOR THE PLAINTIFF:
    Peterson Conners
    By:  Istvan Gajary, Esq.
    Gregory S. Peterson, Esq.
    545 Metro Place South, Suite 435
    Dublin, Ohio 43017

    Robert Huff Miller LLC
    By:  Robert Huff Miller, Esq.
    100 East Broad Street, 16th Floor
    Columbus, Ohio 43215

FOR THE DEFENDANTS 7TH GEAR EXOTICS LLC AND TIFF A. COOK:
    David A. Goldstein Co., LPA
    By:  David A. Goldstein, Esq.
    511 South High Street, Suite 200
    Columbus, Ohio 43215

FOR THE DEFENDANT SAThTHIA LINGAN:
    Barnes & Thornburg LLP
    By:  David M. DeVillers, Esq.
    Jeffrey Bartolozzi, Esq.
    41 South High Street, Suite 3300
    Columbus, Ohio 43215

                          - - -
    Proceedings recorded by mechanical stenography, transcript
produced by computer.

*Allison A. Kimmel, FAPR, RDR, CRR, CRC*
*Federal Official Court Reporter*
*85 Marconi Boulevard*
*Columbus, Ohio 43215*
*614.719.3225*

2

1                            Friday Afternoon Session

2                                  May 31, 2024

3                                       - - -

4    (In chambers)

5        DEPUTY CLERK: This is case number 2:24-cv-3036,

6 Exotic Leasing, LLC, versus 7th Gear Exotics LLC, et al.

7        THE COURT: Good afternoon, counsel. This is Judge

8 Graham.

9    I would like for you to enter your appearances, please,

10 starting with the representatives or the representative that's

11 going to be speaking on behalf of the plaintiff,

12 Exotic Leasing.

13        MR. GAJARY: This is Istvan Gajary on behalf of Exotic

14 Leasing. I can speak to the law portion of the plaintiff's

15 case here.

16        THE COURT: Very well. Thank you.

17    And will there be counsel speaking on behalf of the

18 defendants or one of them or two of them or whatever?

19        MR. GOLDSTEIN: Yes, Your Honor. This is

20 David Goldstein. I just entered a Notice of Appearance. I

21 will be representing 7th Gear Exotics LLC as well as

22 Defendant Tiff A. Cook.

23        MR. DeVILLERS: Your Honor, this is David DeVillers.

24 I represent Sath Lingan.

25        THE COURT: Thank you. Do we expect anybody else to

1 be participating in this conference?

2 MR. DeVILLERS: Yes, Jeff Bartolozzi, with my firm,
3 also represents Sath Lingan. I believe he's getting on or is
4 on the line.

5 MR. BARTOLOZZI: I'm on the line. Thank you very
6 much.

7 THE COURT: Very well. Anyone else? All right.
8 Thank you, Counsel. Thank you for your cooperation and
9 making yourselves available on such short notice.

10 This case is before the Court on the Plaintiff Exotic
11 Leasing, LLC's application for a motion for order of
12 prejudgment attachment without notice or hearing.

13 It goes without saying the Court has denied the "without
14 hearing" part of this motion, and that's why we're having this
15 conference, and I should explain, and I will so just briefly,
16 that upon reviewing all of the papers, I was concerned about
17 the lack of any convincing evidence of ownership of the
18 vehicles that are the subject of this action, which is a list
19 of, I believe, 49 or so very exotic and expensive vehicles, and
20 I was reluctant to -- without that kind of evidence, I was
21 reluctant to issue any prejudgment attachment order.

22 However, it is clear from the materials that I received
23 that this matter is one of some urgency, hence, the scheduling
24 of this preliminary telephone conference.

25 So, I would like to hear just, first, a statement from

4

1   counsel for the plaintiff in support of a preliminary
2   injunction or some -- some prompt relief that might be
3   appropriate in this case.
4             Who will speak for plaintiff?
5             UNIDENTIFIED MAN:  Yes.  Thank you, Your Honor.  I can
6   begin, I think --
7             THE COURT:  Is this Istvan Gajary?
8             MR. GAJARY:  It is.  Yes.
9             THE COURT:  All right.  Please, whenever you speak,
10  and this applies to everyone, just identify yourselves.
11            We have a court reporter present, and she's going to
12  make a verbatim record of this conference, but she needs to be
13  able to identify the voices.  I also have two of my judicial
14  law clerks here with me.
15            All right.  Mr. Gajary, you may proceed.
16            MR. GAJARY:  Thank you.  Thank you, Your Honor.
17            On behalf of Exotic Leasing, then, we -- the basis of
18  our case is that we were -- based on the contract, we were
19  assured that we would have a lien on each of the vehicles
20  listed here on this asset allocation table; and to date, we
21  have not been able to get any confirmation that 7th Gear has
22  title to any of these vehicles; and, therefore, we don't have
23  any evidence that we have any liens on these vehicles here.
24            Our client paid over ten and a half million dollars in
25  wire transfers over the course of about a year or so to acquire

5

1  these vehicles, and it is with the -- it was with the intention
2  and representation, both in the documents that were signed, the
3  contract, and the verbal assurances of Mr. Cook and Mr. Lingan,
4  that these vehicles would be purchased outright.  There would
5  not be preexisting loans on these vehicles, that they would be
6  held in the name of 7th Gear, but our client, Exotic Leasing,
7  would -- would have a first position lien on these vehicles.
8          Now, subsequently, we've been told that the -- that many
9  of these vehicles do not have titles to them.  They may be in
10 the physical possession of 7th Gear, but there is no title that
11 7th Gear has to these vehicles, or at least a substantial
12 amount of them are not actually titled in the name of 7th Gear,
13 and there's already preexisting liens on these vehicles, wholly
14 against the agreement that was signed and wholly, you know,
15 against their -- their verbal representations that -- that were
16 made.
17         This -- these -- these transactions took place over
18 about a period of a year, where numerous wire transfers -- I
19 think we included three of these wire transfers in our verified
20 complaint, and, you know, they -- so, with each transaction,
21 there was supporting documentation on a certain deal that would
22 be taking place for the vehicle.
23         In -- in those papers, it was identified that these
24 vehicles will be purchased outright and, again, that we would
25 be assured a first position lien on these vehicles.

1          I believe -- and Mr. Miller can probably speak a little
2 bit more to some of the specific facts there -- that -- we are
3 being told that the money that was wired to 7th Gear may not be
4 there at all anymore, and, you know, ten and a half million
5 dollars has essentially gone missing without our client having
6 any sort of lien and security interest in these vehicles.
7          THE COURT: All right. I think that covers it. All
8 right. Let's hear from someone in regard to the defendants.
9          MR. GOLDSTEIN: Your Honor, this is David Goldstein on
10 behalf of Defendants 7th Gear Exotics LLC and Tiff A. Cook who
11 is being named individually.
12          Just -- just to let the Court know, so a little bit of
13 background, there's not a dispute that monies were wired to the
14 business, 7th Gear Exotics, for the purchase of vehicles.
15          But I think what's important to note to the Court is
16 that the owner of Exotic Leasing, LLC, which is the plaintiff,
17 Nathan Nale, that these -- there's a unique relationship
18 between Nathan Nale, 7th Gear Exotics, and Tiff Cook and
19 Saththia Lingan, and what I mean by that is that there is
20 always communication going on between these individuals.
21          And basically Tiff Cook and 7th Gear Exotics was
22 purchasing these vehicles through Saththia Lingan, and that was
23 known to Exotic Leasing, LLC.
24          And titles -- I agree titles -- there have been issues
25 with these titles, which the owner of Exotic Leasing, LLC, is

7

1  not a named party, understood, and it's my understanding he
2  even has one of the vehicles in his possession and is using it.
3        My client, 7th Gear, currently has about 15 to 20
4  vehicles which we have indicated are not titled, but we believe
5  are either possibly titled in Sath Lingan's name or have not
6  been transferred over, and I just was recently retained and
7  we're trying to gather that information.
8        I have documentation, I've recently received, to try and
9  figure out where all the money went.  I have not seen anything,
10 at least from my review of it, where there was monies
11 misappropriated that were taken individually by Tiff Cook,
12 because obviously one of the things that was asked for is to
13 freeze his own personal bank accounts.
14       7th Gear is still in business.  They are still operating
15 with these 15 to 20 vehicles.  They can't dispose of them
16 because they are not titled in 7th Gear's name.  But they are
17 using them because what they do is they lease the vehicles out,
18 Your Honor, and that's how they generate income for 7th Gear.
19 They are also, from my understanding, insured in case something
20 happened to these vehicles.
21       So, at this point in time, my clients adamantly dispute
22 the allegations, you know, and in this particular case, we
23 don't think that it is warranted for this prejudgment
24 attachment just because what -- there is no basis.  It is going
25 to put 7th Gear out of business.

8

1 You can't attach the vehicles 'cause 7th Gear is not the
2 owner of the vehicles, and you can't attach Tiff Cook's
3 personal account because there's no evidence right now to
4 support that Tiff Cook misappropriated any monies, and
5 obviously -- freezing his own personal assets would obviously
6 cause an undue harm upon him.
7 And one other note for the Court that's important: My
8 clients, through me, have been working with Mr. Peterson, who
9 is co-counsel with Exotic Leasing, to try and discuss and
10 gather documentation so that we can work through all of these
11 issues.
12 So, it's our position that, at least based upon the
13 complaint and what is being argued, that it would be an undue
14 burden based upon the law to impose, obviously, freezing Tiff
15 Cook's accounts, freezing 7th Gear Exotics' accounts.
16 Many of the vehicles, as the Court indicated earlier --
17 I don't believe the Court has the ability, when we don't even
18 know who these owners are, to seize these vehicles.
19 Thank you, Your Honor.
20 THE COURT: Thank you, Mr. Goldstein.
21 Mr. DeVillers, do you wish to make a statement on behalf
22 of your client?
23 MR. DeVILLERS: Yes, Your Honor. As you can tell from
24 the briefing, my client wasn't a party to any of the -- of the
25 contracts.

9

1 I think my client prefers to say that there were
2 monies -- there was money that came from Mr. Cook to him in
3 relation to possessing or purchasing vehicles or leasing
4 vehicles, but it wasn't $10 million or even anything close to
5 that.
6 There were -- some of these vehicles -- I can say every
7 single vehicle on this list according to -- to -- that my
8 client is aware of, either he's not aware of the vehicles at
9 all, or none of them actually are -- are titled to -- to
10 Mr. Lingan.
11 Three of the vehicles were purchased and sold, and the
12 money -- the proceeds thereof were sent to Mr. Nale at his
13 request. There's also one vehicle that -- that is here in Ohio
14 that is leased in the name of -- of my client, but it's my
15 understanding that -- that this vehicle is actually possessed
16 by Mr. Nale, and he -- he -- he drives it.
17 But even that vehicle isn't in -- my client does not
18 have title to.
19 THE COURT: All right. Based on what I've heard,
20 Counsel, I see no basis for issuing an immediate order of
21 attachment of these vehicles or any other assets, and I don't
22 see any basis for any immediate injunctive relief or compulsive
23 relief of -- which would interfere with property rights.
24 If the evidence should change, and plaintiff feels that
25 there is -- there are grounds for any immediate injunctive

10

1 relief, then they are free to renew their application.

2     I think that takes care of this for today.  It sounds
3 like you need to sit down and discuss this situation and see if
4 you can find out a way to resolve it amicably.

5     This is -- this case is filed as a RICO case.  The Court
6 has -- this Court has a standing order on RICO cases.  It's
7 been a long time since we've used it, but in any event, that's
8 one of the issues we have to decide, is whether or not this
9 Court even has any jurisdiction in this case.

10     But, for today, the Court sees no grounds for any
11 immediate injunctive relief.

12     If that changes or anybody feels that has changed, then
13 you are free, of course, to ask the Court to consider
14 additional evidence, and it will do so.

15     Thank you, Counsel, and good-bye.

16     COUNSEL EN MASSE:  Thank you.

17   (Proceedings concluded at 1:45 p.m.)

18         - - -

19

20

21

22

23

24

25

11

C E R T I F I C A T E

1
2
3  I, Allison A. Kimmel, do hereby certify that the
4  foregoing is a true and correct transcript of the proceedings
5  before the Honorable James L. Graham, Judge, in the United
6  States District Court, Southern District of Ohio, Eastern
7  Division, on the date indicated, reported by me in shorthand
8  and transcribed by me or under my supervision.
9
10
11  s/Allison A. Kimmel
    Allison A. Kimmel, FAPR, RDR, CRR, CRC
    Official Federal Court Reporter
12  June 4, 2024

*Allison A. Kimmel, FAPR, RDR, CRR, CRC*
*Federal Official Court Reporter*
*85 Marconi Boulevard*
*Columbus, Ohio 43215*
*614.719.3225*