IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EXOTIC LEASING, LLC | ) | |
| | ) | |
|     *Plaintiff*, | ) | Case No. 2:24-cv-3036 |
| v. | ) | |
| | ) | Judge James L. Graham |
| 7TH GEAR EXOTICS, LLC, *et al.* | ) | |
| | ) | |
|     *Defendants*. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Exotic Leasing, LLC, through undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and hereby dismisses its claims against Defendant, Saththia Lingan, raised by it in its *Complaint* without prejudice.

    Respectfully submitted,

| | |
|---|---|
| PETERSON CONNERS LLP | ROBERT HUFF MILLER LLC |
|   s/ Istvan Gajary |  s/ Robert Huff Miller by s/ Istvan Gajary per email authority |
| GREGORY S. PETERSON (0061915) Trial Attorney | ROBERT HUFF MILLER (0076939) Trial Attorney |
| ISTVAN GAJARY (0089084) | 100 East Broad Street, Suite 230 |
| 545 Metro Place South, Suite 435 | Columbus, Ohio 43215 |
| Dublin, Ohio 43017 | Telephone: 614.384.5794 |
| Telephone: 614.365.7000 | E-mail: rob@roberthuffmiller.com |
| Facsimile: 614.220.0197 | |
| E-mail: gpeterson@petersonconners.com | *Counsel for Plaintiff* |
| E-mail: igajary@petersonconners.com | |
|   *Co-Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 18th day of July, 2024 with the Clerk of Court using the CM/ECF system.  Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

A copy was also sent by regular USPS mail to the following:

| | |
|---|---|
| ES LUXURY LLC<br>6608 Bluebird Lane<br>Canal Winchester, Ohio 43110 | ERGI SULEJMANI<br>6608 Bluebird Lane<br>Canal Winchester, Ohio 43110 |

  /s/ Istvan Gajary
ISTVAN GAJARY  (0089084)