**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**EXOTIC LEASING, LLC,**

**Plaintiff,**

**v.**

**Case No. 2:24-cv-3036**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**7TH GEAR EXOTICS LLC, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff Exotic Leasing, LLC's "Motion Drop Certain Parties Pursuant to R. 21." (ECF No. 98.) No party filed an opposition to the Motion.

This case was recently reassigned to the Undersigned, as well as to a new Magistrate Judge. (ECF Nos. 95, 101.) Shortly after the reassignment, the Magistrate Judge issued an Order concerning the status of the parties, filings, and the case schedule. (ECF No. 97.) Therein, she ordered Plaintiff to show cause on or before July 24, 2026, as to why an extension of time to effectuate service on Defendant T Cook Holdings, LLC should be allowed. (*Id.* PageID 980.) She also explained that months ago, Plaintiff had filed a Federal Rule of Civil Procedure 41 notice of voluntary dismissal without prejudice of Defendant Tiff J. Cook, Sr. (ECF No. 82), and the Court informed Plaintiff that Rule 41 was not the proper vehicle to dismiss its claims against only one defendant (ECF No. 83). (ECF No. 97, PageID 981.) Plaintiff filed nothing more on this issue, and so the new Magistrate Judge ordered Plaintiff to move to dismiss Defendant Cook, Sr. under Federal Rule Civil Procedure 21 or file a notice indicating Plaintiff no longer wanted to dismiss Defendant Cook, Sr. on or before July 24, 2026. (*Id.*)

In response to the Magistrate Judge's Order, Plaintiff filed the instant Motion, requesting that the Court (1) drop Defendants Cook, Sr. and T Cook Holdings from the action pursuant to Rule 21, without prejudice; (2) direct the Clerk to terminate Defendants Cook, Sr. and T Cook Holdings as parties from the docket; and (3) confirm that the action remains pending against all other defendants. (ECF No. 98, PageID 985.) Plaintiff explains that after it filed the Second Amended Complaint, it determined that it no longer intended to pursue claims against these Defendants. (*Id.*)

Rule 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party" and "[t]he court may also sever any claim against a party." Fed. R. Civ. P. 21. For good cause shown, the Court **GRANTS** (ECF No. 98) Plaintiff Exotic Leasing, LLC's Motion Drop Certain Parties Pursuant to R. 21. The Court **DROPS** Defendants Tiff J. Cook, Sr. and T Cook Holdings, LLC as parties and **DISMISSES without prejudice** Plaintiff Exotic Leasing, LLC's claims against Defendants Tiff J. Cook, Sr. and T Cook Holdings, LLC. The Clerk is **DIRECTED** to terminate Defendants Tiff J. Cook, Sr. and T Cook Holdings, LLC from this case. All other defendants remain, and the case is still open.

**IT IS SO ORDERED.**

**9/8/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**